

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ARROW GEAR COMPANY, | ) |
| Plaintiff, | ) ) ) ) Case No. 08-CV-4895 |
| v. | ) ) Judge John W. Darrah |
| DOWNERS GROVE SANITARY DISTRICT, et al. | ) ) ) |
| Defendants. | ) |

## ORDER

This cause having come before the Court on Plaintiff Arrow Gear Company's Motion for Findings and For Dismissal Pursuant to Settlement with Defendant Lovejoy, Inc., proper notice having been given to all parties, Plaintiff Arrow Gear and Lovejoy, Inc. having appeared by counsel, there being no objections to the instant Motion, and the Court being fully apprised;

**NOW, THEREFORE, THIS COURT FINDS, CONCLUDES, ADJUDGES, AND DECREES:**

a. The Court finds that the settlement between Plaintiff Arrow Gear Company ("Arrow Gear") and Lovejoy, Inc. ("Lovejoy") on behalf of themselves and their predecessors, successors, heirs, assigns, owners, partners and representatives is given in "good faith" under Section 2(c) of the Joint Tortfeasor Contribution Act, 740 ILCS 100/2(c);

b. Lovejoy is hereby discharged from liability to any other party in contribution under Section 2(d) of the Joint Tortfeasor Contribution Act, 740 ILCS 100/2(d) for costs under the "Administrative Order by Consent Pursuant to Section 106 of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended, 42 U.S.C §9606;" bearing Docket No. V-W-03-C-751 (referred to in the Second Amended Complaint "AOC 1").

c. Lovejoy and Arrow Gear are hereby discharged from liability to any other party in contribution under CERCLA, 42 U.S.C. §9601 *et seq.* for costs under AOC 1.

d.  Counts I, II and IV of the Second Amended Complaint are hereby dismissed with prejudice, solely as against Lovejoy. These counts shall remain viable against defendant Downers Grove Sanitary District; neither this Order nor the settlement agreement upon which it is based, shall have any effect on the claims in the Second Amended Complaint against DGSD.

e.  Count I of the Counterclaim is hereby dismissed with prejudice as against Arrow Gear Company.

f.  Count III of the Second Amended Complaint is hereby dismissed without prejudice as against Lovejoy. This count shall remain viable against defendant DGSD; neither this Order nor the settlement agreement upon which it is based, shall have any effect on the claims in the Second Amended Complaint against DGSD.

g.  Count II of the Counterclaim is hereby dismissed without prejudice as against Arrow Gear.

h.  The settlement agreement upon which this Order is based, and which is attached hereto as Attachment 1 is hereby incorporated by reference as if fully set forth herein.

i.  All parties to the settlements shall bear their own costs.

**IT IS SO ORDERED.**

SIGNED THIS 13 day of _June_, 2012.

_____
John W. Darrah, Judge
United States District Court